DEBRA JEAN MANOR, Appellant, *v.* SHERIFF, CLARK COUNTY, NEVADA, Respondent.

No. 11101

November 9, 1978                                         585 P.2d 1337

*Reid & Alverson,* Las Vegas, for Appellant.

*Robert List,* Attorney General, Carson City; *George E. Holt,* District Attorney, and *Stanley W. Parry,* Deputy District Attorney, Clark County, for Respondent.

**OPINION**

*Per Curiam:*

On the authority of, and for the same reasons stated in Franklin v. Sheriff, 94 Nev. 676, 585 P.2d 1336 (1978), the order of the trial court which denied Debra Jean Manor's petition for a writ of habeas corpus is reversed, and this case is remanded with instructions to grant the petition.